## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **JACQUELINE GORDON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.:  CV-05-B-2277-W** |
| | ) | |
| **TAYLOR HARDIN SECURE** | ) | |
| **MEDICAL FACILITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR PARTIAL DISMISSAL

Comes now the Alabama Department of Mental Health and Mental Retardation[1], the Defendant in the above styled action, and moves for a dismissal of that portion of Plaintiff's complaint that alleges violations of the Americans with Disabilities Act [hereinafter ADA].

The basis for this motion is that the United States Supreme Court has determined that state agencies are immune from actions in federal court by private citizens seeking to enforce the ADA. *Board of Trustees of the University of Alabama, et al. v. Garrett*, 531 U.S. 356 (2001).

Therefore, Count III of Plaintiff's complaint, alleging ADA violations, is due to be dismissed

---

[1] Taylor Hardin Secure Medical Facility is a facility of the Alabama Department of Mental Health and Mental Retardation, an agency of the state of Alabama.  Taylor Hardin Secure Medical Facility is not a legal entity.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

s/ Nancy S. Jones
Assistant Attorney General
SJIS Att. Code JON032
Attorney for the Alabama Department
of Mental Health and Mental Retardation

OF COUNSEL:

Alabama Department of Mental Health
and Mental Retardation
Bryce Legal Office
200 University Boulevard
Tuscaloosa, Alabama 35401
(205) 759-0758

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the individuals listed below.


s/ Nancy S. Jones




Ardra L. Coleman
1923 Seventh Street
Tuscaloosa, Alabama 35401