FILED
2007 Apr-11 PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE GORDON,  }  }  Plaintiff,  }  v.  }  }  ALABAMA DEPARTMENT OF MENTAL  }  HEALTH AND MENTAL RETARDATION,  }  }  Defendant.  } | CASE NO. CV 05-B-2277-W |

## ORDER

The court has been advised by counsel that the above referenced case has been settled. It is therefore **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

**DONE** this 11th day of April, 2007.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE